**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-00406-CMA-MJW

DANIEL KARTEN,
ARKAD HOLDINGS, LLC,

      Plaintiffs,

v.

JAMES MILLER,
PAUL WHITEHEAD, and
SECUREMD, a Colorado Limited Liability Company,

      Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

      Pursuant to the Stipulated Motion for Dismissal With Prejudice (Doc. # 22),

signed by the attorneys for the parties hereto, it is

      ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay

his or its own costs and fees.

      DATED:  September __12__, 2013

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Court Judge